UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x
BORUCH LOWENBEIN,

        Plaintiff,

  -against-                          STIPULATION OF DISMISSAL

PROFESSIONAL CLAIMS BUREAU, INC.,      20-CV-00543

        Defendant.
----------------------------------x

    WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

    WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

    IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Professional Claims Bureau, Inc., with prejudice and without costs to any party.

| | |
|---|---|
| BORUCH LOWENBEIN | PROFESSIONAL CLAIMS BUREAU, INC |
| Adam J. Fishbein | *(signature)* |
| _____ | _____ |
| ADAM J. FISHBEIN, ESQ. | ARTHUR SANDERS, ESQ. |
| | BARRON & NEWBURGER, P.C. |
| 735 Central Avenue | 30 South Main Street |
| Woodmere, New York 11598 | New City, New York 10956 |
| Attorney for plaintiff | Attorneys for defendants |

The application is granted.
SO ORDERED.
s/ WFK
William F. Kuntz, II  U.S.D.J.
Dated: July 14, 2020
